711 A.2d 473

**Timothy J. SAVAGE, Patrick J. Mellody, George E. James and James Kirchner, Appellees,**

v.

**Governor Thomas J. RIDGE, Pennsylvania Liquor Control Board, John E. Jones, III, in both his Official and Individual Capacities, and Robert Fohl, in both his Official and Individual Capacities, Appellants.**

Supreme Court of Pennsylvania.

June 25, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 25th day of June, 1998, the orders of the Commonwealth Court are hereby affirmed.